Kelvin WATFORD, Plaintiff–Appellant,

v.

**CORRECTIONAL HOUSE, Correctional Officer, Defendant–Appellee.**

No. 06–6177.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 26, 2006.

Decided: Sept. 29, 2006.

Kelvin Watford, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Kelvin Watford seeks to appeal the district court's order denying his motion for

reconsideration of the denial of 42 U.S.C. § 1983 complaint. The notice of appeal was received in the district court shortly after expiration of the appeal period. Because Watford is incarcerated, the notice is considered filed as of the date it was properly delivered to prison officials for mailing to the court. Fed. R.App. P. 4(c)(1); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988). The record does not reveal when Watford gave the notice of appeal to prison officials for mailing. Accordingly, we remand the case for the limited purpose of allowing the district court to obtain this information from the parties and to determine whether the filing was timely under Fed. R.App. P. 4(c)(1) and *Houston v. Lack.* The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED.*